Susan Aranoff, Respondent, v Gerald Aranoff, Appellant.

Submitted April 25, 2016; decided June 9, 2016

Motion for reargument of motion for leave to appeal denied [*see* 27 NY3d 971 (2016)].

James Brady, Appellant, v 450 West 31st Street Owner's Corp. et al., Respondents. (And Another Action.)

Submitted April 18, 2016; decided June 9, 2016

Motion for reargument of motion for leave to appeal denied [*see* 27 NY3d 948 (2016)]. Motion for a stay dismissed as academic.